THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY MONIQUE COUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 2:09-CV-640-ID |
| ) | [WO] |
| ) | |
| SHERIFF D.T. MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On January 25, 2010, the Magistrate Judge filed a Recommendation (Doc. 23) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 23) of the Magistrate Judge is ADOPTED, and

2. This case be DISMISSED without prejudice for failure of the plaintiff to prosecute this action and comply with the orders of this court..

An appropriate judgment will be entered.

Done this 10th day of February, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE